**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **KENNETH WOELFER *et al.*,** | * | |
| Plaintiffs | * | |
| v. | * | CIVIL NO. JKB-14-907 |
| **OCWEN LOAN SERVICING, LLC,** | * | |
| Defendant | * | |

## MEMORANDUM AND ORDER

This case may not have been timely removed from Maryland state court, based on the content of Defendant's notice of removal as well as Defendant's response to the Court's standing order regarding removal on when it was served in relation to when Defendant filed its notice of removal. (Notice of Removal, Mar. 24, 2014, ECF No. 1 ("Ocwen received a copy of the Complaint on February 21, 2014."); Def.'s Statement in Response to Standing Order Concerning Removal ¶ 1, ECF No. 9 ("Upon information and belief, Plaintiff appears to have served Ocwen on or about February 21, 2014.").) Plaintiffs have filed their own response to the Court's standing order on removal and have attached an affidavit showing service was made on February 21, 2014, via certified mail on CSC Lawyers Incorporating Service Company in Baltimore, Maryland. (Pls.' Statement in Response to Standing Order Concerning Removal, ¶ 1, and Ex. 1, Affidavit of Service of Process, ECF No. 10.) Plaintiffs therefore request that the case be remanded to state court. (Pls.' Statement 2.) The Court will treat Plaintiffs' filing as a motion to remand.

Accordingly, it is hereby ORDERED, Defendant shall respond on or before May 6, 2014, and shall address the question of whether this case has been properly removed pursuant to federal statute, 28 U.S.C. § 1446(b). Failure to respond to this order will subject this case to being remanded without further notice.

DATED this 21st day of April, 2014.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge